UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MAXIMINO ESTRADA

                              Petitioner,

      vs                                    9:05-CV-549

CALVIN WEST

                              Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                OF COUNSEL:

MAXIMINO ESTRADA, 02-B-0918
 Petitioner pro se
Elmira Correctional Facility
PO Box 500
Elmira, NY 14902

HON. ANDREW M. CUOMO                LEILANI J. RODRIGUEZ, ESQ.
Attorney General for the State of New York    Ass't Attorney General
NY Office
120 Broadway
New York NY 10271

DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Petitioner Maximino Estrada brought this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On November 19, 2008 the Honorable David R. Homer, United States Magistrate Judge, advised, by Report-Recommendation, that the petition be denied and dismissed and that no certificate of appealability be issued.  Petitioner filed timely objections. Respondent responded to the objections urging adoption of the

Report-Recommendation.

Based upon a de novo determination of the portions of the report and recommendations to which petitioner objected, the Report-Recommendation is accepted in whole. See 28 U.S.C. 636(b)(1); Rule 10, Rules Governing Section 2254 Cases. Accordingly, it is

ORDERED that

1. The petition for a writ of habeas corpus is DENIED and DISMISSED; and

2. A certificate of appealability will not be issued.

IT IS SO ORDERED.

_____
United States District Judge

Dated: March 31, 2009
        Utica, New York.